# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHANIEL AMANTE; AND LIGAYA AMANTE,

Appellants,

vs.

BAYVIEW LOAN SERVICING, LLC; BANK OF NEW YORK MELLON; AND MEDIATION ADMINISTRATION,

Respondents.

No. 72183

FILED

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing respondent Mediation Administration from the proceedings below. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following parties appear to remain below:

17-65771

Bayview Loan Servicing, LLC; and Bank of New York Mellon. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kathleen E. Delaney, District Judge
Ligaya Amante
Nathaniel Amante
Attorney General/Carson City
LJ Law
Attorney General/Las Vegas
Eighth District Court Clerk